ACCEPTED
03-14-00197-CV
4787592
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/7/2015 12:04:13 PM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

RANCE CRAFT
ASSISTANT SOLICITOR GENERAL

FILED IN
3rd COURT OF APPEALS
RANCE.CRAFT@TEXASATTORNEYGENERAL.GOV
AUSTIN, TEXAS
4/7/2015 12:04:13 PM
JEFFREY D. KYLE
Clerk

April 7, 2015

Mr. Jeffrey D. Kyle, Clerk            **Via File & Serve Xpress**
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

> Re: **Confirmation of Oral Argument & Counsel Presenting Oral Argument**
> *Graphic Packaging Corporation v. Glenn Hegar, Comptroller of Public Accounts of the State of Texas; and Ken Paxton, Attorney General of the State of Texas*, No. 03-14-00197-CV

Dear Mr. Kyle:

Appellees Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas, acknowledge the Court's notice setting this cause for oral argument on June 3, 2015, at 9:00 A.M. Rance Craft of the Office of the Attorney General will present oral argument on behalf of Appellees.

Thank you for your assistance with this matter.

Sincerely,

/s/ Rance Craft

Rance Craft
Assistant Solicitor General
Texas Bar No. 24035655

RLC/vlc

cc:    Amy L. Silverstein (*via File & Serve Xpress e-service*)
James F. Martens (*via File & Serve Xpress e-service*)
Amanda G. Taylor (*via File & Serve Xpress e-service*)